No. 88–5220. GALBERTH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–5221. LEPISCOPO *v.* TRAUB. Sup. Ct. N. M. Certiorari denied.

No. 88–5224. HARRIATT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–5225. AIMONE *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 88–5226. HOWARD *v.* JOHNSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–5227. LEVISTON *v.* BLACK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 88–5229. BROWN *v.* BOEING CO. C. A. 9th Cir. Certiorari denied.

No. 88–5232. ABDUL MATIYN *v.* EDWIN GOULD SERVICES FOR CHILDREN ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–5233. KRAMER *v.* BUTLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 88–5236. BATTLE *v.* O'KEEFE ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–5238. FRANCOIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–5242. BEACH *v.* HUMPHREYS, SUPERINTENDENT, HOCKING CORRECTIONAL FACILITY, NELSONVILLE, OHIO. C. A. 6th Cir. Certiorari denied.

No. 88–5243. EVANS *v.* FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 88–5244. VALENZUELA *v.* GOLDSMITH, WARDEN. C. A. 9th Cir. Certiorari denied.